IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PAMELA S. QUICK, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO.: 2:16-CV-109 |
| v. | § § | |
| WAL-MART STORES, INC.; dba WALMART | § § § | |
| *Defendant*. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Pamela S. Quick hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on August 11, 2017.

Respectfully submitted,



/s/Dennis L. Richard
Dennis L. Richard
Texas Bar No.: 16842600
Southern District No.: 2743749
100 N.E. Loop 410, Suite 610
San Antonio, Texas 78216
Main: 210.314.5688
Fax: 210.314.5687
E-Mail: Dennis.Richard@kennardlaw.com
**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2017, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Texas – Corpus Christi Division by using the CM/ECF system, which will send notification of this filing to all CM/ECF participants and counsel of record for this case.

*Dennis L. Richard*
Dennis L. Richard